IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD WEAVER                                                                           PETITIONER

VS.                                    1:17-cv-00001 BRW

WENDY KELLEY, Director of the                                                            RESPONDENT
Arkansas Department of Correction

## ORDER

I have received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, I approve and adopt the findings and recommendation in all respects.

The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Richard Weaver is DISMISSED. All requested relief is denied, and judgment will be entered for respondent Wendy Kelley.

In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is denied.[1]

IT IS SO ORDERED this 7th day of February, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] The Court is not convinced that petitioner can make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).