# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RICHARD WEAVER**                                                                 **PETITIONER**

**VS.**                                       **1:17-cv-00001 BRW**

**WENDY KELLEY, Director of the**                                          **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Based the Order entered this day, judgment is entered for respondent Wendy Kelley.

IT IS SO ORDERED this 7th day of February, 2018.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE